UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
**CENTRAL DIVISION at LEXINGTON**

| | | |
|---|---|---|
| TINIQUA GAY and FELICIA GAY, | ) | |
| | ) | |
| Plaintiffs, | ) | Civil Case No. |
| | ) | 5:17-cv-258-JMH |
| v. | ) | |
| | ) | **JUDGMENT** |
| | ) | |
| CABINET FOR HEALTH AND FAMILY SERVICES, et al., | ) | |
| | ) | |
| Defendants | ) | |
| | ) | |

\*\*\*

Consistent with the Court's Memorandum Opinion and Order dated today, **IT IS HEREBY ORDERED, ADJUDGED AND DECLARED** as follows:

(1) Judgment is entered in favor of Defendants Cabinet for Health and Family Services Department for Community Based Services, Kristy Kidd, Lesley Spencer, and Emily Sergent;

(2) This matter is hereby **DISMISSED** and **STRICKEN** from the Court's active docket;

(3) All pending motions or requests for relief are hereby **DENIED AS MOOT**;

(4) All scheduling proceedings are hereby **CONTINUED GENERALLY**; and

(5) This Order is **FINAL AND APPEALABLE** and **THERE IS NO JUST CAUSE FOR DELAY**

This the 16th day of February, 2018.



Signed By:
*Joseph M. Hood*
Senior U.S. District Judge